IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN CORNELIUS GLENN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 111-082 |
| FNU KITCHEN, Deputy, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion Objecting to Richmond County Jail Revision to the Inmate Handbook Manual" and motion for a preliminary injunction are **DENIED**. (Doc. nos. 5, 6.)

SO ORDERED this 16th day of August, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA