IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN CORNELIUS GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 111-082 |
| | ) | |
| FNU KITCHEN, Deputy, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss this case without prejudice or, in the alternative, to stay proceedings in this case is **DEEMED MOOT**. (Doc. nos. 53-1, 53-2.) Furthermore, consistent with the Magistrate Judge's recommendation, the deadlines in this case are extended as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | September 6, 2012 |
| LAST DAY TO FILE MOTIONS | October 6, 2012 |
| LAST DAY TO FILE SUMMARY JUDGMENT MOTIONS | October 6, 2012 |

All provisions of the February 17, 2012 Scheduling Notice not modified herein shall remain

in full force and effect.

SO ORDERED this 18th day of _____May_____, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA