IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN CORNELIUS GLENN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 111-082 |
| FNU KITCHEN, Deputy, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion to Estop Defendants from Holding Mail" is **DENIED** (doc. no. 64), Defendants' "Renewed Motion to Dismiss" is **GRANTED** (doc. no. 65), Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 16th day of April, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA